170 A.3d 942

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WILFREDO SANCHEZ, A/K/A WILFREDO
SAGASTUME, DEFENDANT–PETITIONER.

September 27, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005951–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 942

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DENIS A. CATANIA, A/K/A DENNIS CATANIA,
DEFENDANT–PETITIONER.

September 27, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–00175–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.